Jeane DeKelver (CABN 111394)
4960 Almaden Expressway #208
San Jose, CA 95118
408.307.5800
JeaneJD@comcast.net

Attorney for Rachelle Williams

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>THURMAN DOUGLAS SMITH, et al.<br><br>  Defendants. | No. CR-11-00141 LHK<br><br>**[PROPOSED]** ORDER RESCHEDULING STATUS CONFERENCE AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT<br>[18 U.S.C. § 3161(h)(8)(A)] |

This matter is currently set for status on May 4, 2011. The parties jointly request that the May 4, 2011 hearing date be reset to May 18, 2011, the date set for status as to the other defendants in this case. The parties agree, and the Court finds and holds as follows:

   1.   The currently scheduled May 4, 2011 hearing date is hereby vacated.

   2.   This matter is re-set for status to May 18, 2011 at 10:00 a.m.

   3.   The time between May 4, 2011 and May 18, 2011 is excluded under the Speedy Trial Act. The parties agree that the failure to grant the

Stipulation and [Proposed] Order CR-11-00141 LHK

1  requested continuance would unreasonable deny defense counsel reasonable
2  time necessary for effective preparation, taking into account the exercise of due
3  diligence. <u>See</u> 18 U.S.C. § 3161(h)(8)(B)(iv). The parties agree that the ends of
4  justice are served by granting the continuance outweigh the best interest of the
5  public and the defendant in a speedy trial and in the prompt disposition of
6  criminal cases. <u>See</u> 18 U.S.C. § 3161(h)(8)(A).
7  STIPULATED:
8  DATED:    4/29/11                                    /s/
                                                    Jeane DeKelver
9                                                  Attorney for Rachelle Williams
10

11 DATED:    4/29/11                                    /s/
                                                    Daniel Kaleba
12                                                  Assistant United States Attorney
13

14 IT IS SO ORDERED.
   DATED:  5/3/11                               *Lucy H. Koh*
15
                                                    Lucy H. Koh
16                                                  United States District Judge

17
18
19
20
21
22
23
24
25

Stipulation and [~~Proposed~~] Order CR-11-00141 LHK