MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5054
   Facsimile: (408) 535-5066
   Email:   daniel.kaleba@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | CR 11-00141 LHK |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING HEARING |
| v. | ) | |
| RACHELLE WILLIAMS, | ) | |
| Defendant. | ) | |

     The United States, through its counsel Daniel Kaleba, and defendant Rachelle Williams, through her counsel Jeane DeKelver, hereby agree and stipulate to continue the sentencing hearing in this case presently scheduled for Wednesday, November 9, 2011 at 10:00 a.m. to Wednesday, December 7, 2011 at 10:00 a.m. before this Court. This continuance is requested for the following reasons:

     1) The parties are requesting additional time to prepare for sentencing in this case. The government requests additional time to finalize its sentencing recommendation, and the defense requests additional time to respond to the government's recommendation. In addition, the AUSA

assigned to this case, AUSA Daniel Kaleba, is currently in trial before the Hon. D. Lowell Jensen in <u>U.S. v. Dimas</u>, CR 09-00848-DLJ, and it is possible that the trial will still be ongoing on November 9, 2011.

For these reasons, the parties respectfully request that the Court continue the sentencing hearing in this case from November 9, 2011 to December 7, 2011 at 10:00 a.m. The probation office has been contacted regarding this requested continuance.

It is so stipulated.

Respectfully submitted,

MELINDA HAAG
UNITED STATES ATTORNEY

November 2, 2011                    _____/s/_____
                                    DANIEL R. KALEBA
                                    Assistant U.S. Attorney

November 2, 2011                    _____/s/_____
                                    JEANE DEKELVER
                                    Attorney for Rachelle Williams

### ORDER

Based on the stipulation of the parties and the facts set forth herein, good cause appearing,

IT IS HEREBY ORDERED that date of the sentencing hearing in this case is continued from November 9, 2011 to December 7, 2011 at 10:00 a.m. before this Court.

Dated this __3__ day of November, 2011.

_____
LUCY H. KOH
United States District Judge

2